MAISCH, Respondent, v. CITY OF NEW YORK, Appellant.   (Supreme Court, Appellate

Division, Second Department. October 16, 1908.) Action by Rudolf Maisch against the city of New York. No opinion. Motion for leave to appeal to the Court of Appeals granted. See, also, 111 N. Y. Supp. 645.